# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1519

_____

Repoleon Gilbert,                                   *
                                                    *
            Appellant,                              *
                                                    *
      v.                                            *
                                                    *
Larry Norris, Director, Arkansas                    *
Department of Correction; Randy                     *
Morgan, Warden, Arkansas                            *   Appeal from the United States
Department of Correction; Wendell                   *   District Court for the
Woods, Food Service Supervisor,                     *   Eastern District of Arkansas.
Maximum Security Unit, Arkansas                     *
Department of Correction, Originally                *   **[UNPUBLISHED]**
sued as Mr. Woods; G. David                         *
Guntharp, Deputy Director, Arkansas                 *
Department of Correction; Jill                      *
Brackenbury, Unit Dietician, Arkansas               *
Department of Correction; Otis                      *
Barnett, Assistant Supervisor Food                  *
Service, Maximum Security Unit,                     *
Arkansas Department of Correction;                  *
Steve Outlaw, Assistant Warden,                     *
Maximum Security Unit, Arkansas                     *
Department of Correction,                           *
                                                    *
            Appellees.                              *

_____

Submitted:  March 21, 2000
Filed:  March 24, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Repoleon Gilbert appeals the district court's[1] grant of summary judgment to defendants in his 42 U.S.C. § 1983 case. Having carefully reviewed the record and the parties' briefs, we conclude that defendants' alleged failure to provide Gilbert with full-course meals, adequate yard call and showers, and proper cell ventilation did not constitute cruel and unusual punishment in violation of the Eighth Amendment for the reasons stated in the district court's opinion.

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The HONORABLE WILLIAM R. WILSON, JR., United States District Judge for the Eastern District of Arkansas.